UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>VACANT LAND LOCATED IN INDIO, CALIFORNIA,<br><br>      Defendant.<br><br>CIIF HOTEL GROUP, LP,<br><br>      Titleholder. | NO. EDCV 17-1033 MWF (RAOx)<br><br>**AMENDED CONSENT JUDGMENT OF FORFEITURE** |

In consideration of the parties' Stipulation to Amend the Consent Judgment of Forfeiture, and, GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED:

1

The request to amend the consent judgment of forfeiture is GRANTED. The consent judgment of forfeiture is hereby amended to reflect the correct Assessor Parcel Number, 600-020-016-3, for the defendant property. The reference to Assessor Parcel Number 600-020-006-4 is hereby stricken. The legal description of the defendant property was otherwise correct.

DATED: April 2, 2018

_____
THE HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Prepared by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN

Assistant United States Attorney
Asset Forfeiture Section